**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:25-cv-10768

**FILED UNDER SEAL**

### SCHEDULE A TO COMPLAINT

| No | Defendants |
|---|---|
| 1 | 102rdcfg |
| 2 | AARK & CO |
| 3 | Amber Outerwear |
| 4 | Black Pearl Ind |
| 5 | Celebrityinspired jewelry |
| 6 | Cenven |
| 7 | cqian753 |
| 8 | Elegant- Jewels |
| 9 | ElizabethTSHIRT |
| 10 | ENMOON Direct-JS |
| 11 | FanZhiYue |
| 12 | huatao1212 |
| 13 | Jewelry Star |
| 14 | Jewelsfaction. |
| 15 | Kasflag Pro Store |
| 16 | lihuazhuman |
| 17 | linnaYS |
| 18 | liuchunsheng123 |
| 19 | liuhuanzhuangshipin |
| 20 | Lu Mingxuan |
| 21 | MeiLingART |
| 22 | Nara Huntsman Leather |
| 23 | Oskar Jackets Store |
| 24 | qiuxuhuyang |

2

| | |
|---|---|
| 25 | QueYueMaoYi |
| 26 | RJ-Jewels |
| 27 | RuiChangShiShengXinXiangBao |
| 28 | Silver Gems Factory |
| 29 | Star Stegen LLC |
| 30 | TJ JEWELS |
| 31 | Valedra Store |
| 32 | vvvjjhh |
| 33 | Walkeronline |
| 34 | We66X |
| 35 | wei bin Art Studio |
| 36 | yanbingjing8818 |
| 37 | Yironggang Trading |
| 38 | YIYIXIANG |
| 39 | youdiDP |
| 40 | YUANZAFUS |
| 41 | Yufang Hengxiang Trading Co. |
| 42 | zhengjinqinghaibao |
| 43 | ZHENGMEIGE |
| 44 | ZhiJiangShiChaiChaShangMaoYouXianGongSi |
| 45 | zhijiangshiwaishanshangmaoyouxiangongsi |
| 46 | zzhaisonyi |